MARIE JANDA, as Administratrix of the Estate of FRANK JANDA, Deceased, Respondent, *v.* BOHEMIAN ROMAN CATHOLIC FIRST CENTRAL UNION OF THE UNITED STATES OF AMERICA, Appellant.

*Janda* v. *Bohemian Roman Catholic Union,* 71 App. Div. 150, affirmed.
(Argued January 13, 1903; decided January 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Howard E. White* and *Edward R. Otheman* for appellant.

*Paul Jones* and *Francis J. Nekarda* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.